UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSS SUGAR and JULIE SUGAR,

                Plaintiffs,

-against-

PREVAIL THERAPEUTICS, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022
```

22 Civ. 1260 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated April 19 and 22, 2022. ECF Nos. 14–15. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **May 31, 2022**, Defendant shall file its motion to dismiss;
3. By **June 21, 2022**, Plaintiffs shall file their opposition papers; and
4. By **July 5, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge