```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSS SUGAR and JULIE SUGAR,

                Plaintiffs,

-against-

PREVAIL THERAPEUTICS, INC.,

                Defendant.

22 Civ. 1260 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed case management plan submitted via email and the parties' joint letter, ECF No. 17. The Court shall permit 150 days for fact discovery. The parties must also indicate the type of alternative dispute resolution in which they wish to participate. By **May 24, 2022**, the parties shall submit a revised proposed case management plan.

      SO ORDERED.

Dated: May 19, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge