UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSS SUGAR and JULIE SUGAR,

                Plaintiffs,

-against-

PREVAIL THERAPEUTICS, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022
```

22 Civ. 1260 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 25, 2022, the Court granted Defendant's request to file a motion to dismiss and set a briefing schedule. ECF No. 16. Defendant filed its motion to dismiss on May 24, 2022. ECF No. 19. Plaintiffs, however, did not file their opposition papers by the deadline of June 21, 2022. Accordingly, by **July 21, 2022**, Plaintiffs shall file their opposition papers, or the motion will be considered unopposed. Should Plaintiffs file opposition papers, Defendant shall file its reply, if any, by **August 3, 2022**.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge